IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

COURTNEY D. HURT,

Defendant.                                              No. 07-cr-40047-DRH

## MEMORANDUM and ORDER

**HERNDON**, **Chief Judge**:

Pending before the Court is Hurt's *pro se* November 13, 2007 motion for new trial (Doc. 66).[1]  Because Hurt's motion is untimely, the Court **DENIES** the motion.

Any motion for a new trial filed more than seven days after the verdict is too late.  **See Fed.R.Crim.P. 33(b)(2);** *United States v. McGee,* **408 F.3d 966, 979 (7th Cir. 2005);** *United States v. Washington,* **184 F.3d 653, 659 (7th Cir. 1999)**.  Only Rule 33 motions grounded on new evidence have longer time limits. *United States v. Cavender,* **228 F.3d 792, 802 (7th Cir. 2002)**.

On July 31, 2007, a jury found Hurt guilty of the charge contained in the indictment (Docs. 52 & 53).  This motion was filed on November 13, 2007.  Clearly his motion is untimely unless the motion is based on newly discovered evidence.  A

---

[1]This is Hurt's second motion for new trial.  His first motion was filed through counsel, Mr. Daniel Cronin on August 8, 2007 (Doc. 56).  On September 21, 2007, the Court denied the motion (Doc. 62).

review of Hurt's *pro se* motion indicates that it is not based on newly discovered evidence. Accordingly, the Court **DENIES** Hurt's motion as untimely.

Further, the Court notes that Hurt filed this motion *pro se* despite being represented by court appointed counsel throughout these proceedings.[2] Because Hurt is represented by Renee Schooley, the Court insists that Hurt file motions only through his attorney. ***See Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)(" A district court is entitled to insist that a represented party file papers only through counsel.")**. The Court **ORDERS** the Clerk of the Court to accept only the pleadings that are filed through attorney, Renee Schooley, on behalf of Hurt.

**IT IS SO ORDERED.**

Signed this 14th day of November, 2007.

                                                      /s/       DavidRHerndon
                                                      Chief Judge
                                                      United States District Court

---

[2]The same day Hurt filed his motion for new trial, attorney Renee Schooley entered her appearance on behalf of Hurt (Docs. 63 & 64).