IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

COURTNEY D. HURT,

Defendant.                                              No. 07-cr-40047-DRH

## ORDER

**HERNDON**, **Chief Judge**:

Now before the Court is Renee Schooley's motion to withdraw as attorney for Defendant (Doc. 70). Said motion is **GRANTED**. The Court **ALLOWS** Ms. Schooley to withdraw as counsel and **APPOINTS** attorney John Stobbs to represent Hurt in this matter. The Court reminds the parties that this matter is set for sentencing on December 14, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 26th day of November, 2007.

/s/   David R. Herndon
Chief Judge
United States District Court