IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

COURTNEY HURT,

Defendant.                                              No. 07-CR-40047-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant's Motion to Continue Sentencing. (Doc. 74.) The Court, being fully advised in the premises, **GRANTS** Defendant's motion. (Doc. 74.) The sentencing is now set for March 21, 2008 at 9:30 a.m.

**IT IS SO ORDERED**.

Signed this 4th day of December, 2007.

/s/      David R Herndon

**Chief Judge
United States District Court**