IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

COURTNEY D. HURT,

Defendant.                             No. 07-cr-40047-DRH

### ORDER

**HERNDON**, **Chief Judge**:

Now before the Court is Hurt's motion to continue sentencing (Doc. 92). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the sentencing to July 25, 2008 at 10:30 a.m.

**IT IS SO ORDERED.**

Signed this 29th day of May, 2008.

/s/    David R. Herndon
Chief Judge
United States District Court